1

2

Attorneys for Plaintiff, Anna Jones

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 07 2594 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Anna Jones<br>Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ANNA JONES, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By /s/ Peter L. Kaufman
Peter L. Kaufman
Attorneys for Plaintiff, Anna Jones

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2   DATED: August 6, 2009        GORDON & REES

3
                                         /s/
4                             By: _____
                                  Stuart M. Gordon
5                                 Attorneys for Defendants

6

7
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8   IT IS SO ORDERED.**

9

10  Dated: AUG 1 7 2009

11                                Hon. Charles R. Breyer
                                  United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-